# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Information Associated with Target Facebook account | ) ) ) ) Case No.<br>) )<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
Target Facebook account as further described in Attachment A

located in the _____ District of \_\_\_\_South Carolina\_\_\_\_, there is now concealed *(identify the person or describe the property to be seized)*:
Evidence and instrumentalities of violations of Title 21, United States Code, Section 841 (as more fully described in Attachment B to the affidavit)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841 | Manufacture, Distribute or Dispense or Possess with intent to Manufacture, Distribute or Dispense controlled Substance |

The application is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of \_\_\_\_\_ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

DEA Special Agent Stephen Kepper
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 31, 2019

*Judge's signature*

City and state: Columbia, South Caroilna

Paige Jones Gossett, United States Magistrate Judge
*Printed name and title*