AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information Associated with Target Facebook account | )<br>)<br>) Case No.<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ____South Carolina____
*(identify the person or describe the property to be searched and give its location)*:

Target Facebook account as further described in Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence and instrumentalities of violations of Title 21, United States Code, Section 841 (as more fully described in Attachment B)

**YOU ARE COMMANDED** to execute this warrant on or before  June 14, 2019  *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Paige Jones Gossett____.
                                                                                                                *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
    ☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: May 31, 2019
10:00 a.m.
                                                                                         _____
                                                                                              *Judge's signature*

City and state:    Columbia, South Carolina         Paige Jones Gossett, United States Magistrate Judge
                                                                                         *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: 6-7-2019 Approx 5:00pm EST | Copy of warrant and inventory left with: Facebook |
|---|---|---|

Inventory made in the presence of:
Facebook responded to search warrant online via their law enforcement Facebook portal

Inventory of the property taken and name of any person(s) seized:

- Multiple messages, photos, videos, and other pertinent data pertaining to Facebook account 100026212343870

- Certificate of Authenticity letter from Facebook Custodian of Records Brianna Gotzh

Note: Facebook responded to search warrant on 7-10-2019

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7-10-2019

Executing officer's signature

DEA Special Agent Stephen Kepper
*Printed name and title*